**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01125-CMA-MEH

RONALD TRUJILLO,

    Plaintiff,

v.

ALLIED INTERNATIONAL CREDIT CORP. (US), a Delaware corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed the Plaintiff's Notice of Dismissal With Prejudice (Doc. # 5) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: July __24__, 2009

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge